AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:18-mj-971-GWF |
| ) | |
| MALIK SWINTON ) | Charging District: Northern District of California |
| *Defendant* ) | Charging District's Case No.: CR 18-0500 |

*Received / Entered / Served on Counsel/Parties of Record — DEC 17 2018 — CLERK US DISTRICT COURT, DISTRICT OF NEVADA, BY: DEPUTY*

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Philip Burton United States Courtrhouse 450 Golden Gate Avenue, San Francisco, CA 94102 Before the Honorable S. Kim, US Magistrate Judge | Courtroom No.: 16th Floor |
|---|---|
| | Date and Time: 12/21/2018 9:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/17/2018

*Judge's signature*

GEORGE FOLEY, JR., U.S. Magistrate Judge
*Printed name and title*